IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FIRST SECURITY BANK, AS SPECIAL ADMINISTRATOR
OF THE ESTATE OF FORTINO CRUZ ALVAREZ, DECEASED,
AND ON BEHALF OF THE WRONGFUL DEATH BENEFICIARIES
OF FORTINO CRUZ ALVAREZ; FIRST SECURITY BANK, AS
SPECIAL ADMINISTRATOR OF THE ESTATE OF SANTOS
SALVADOR HERNANDEZ, DECEASED, AND ON BEHALF OF
THE WRONGFUL DEATH BENEFICIARIES OF SANTOS SALVADOR
HERNANDEZ; FIRST SECURITY BANK, AS SPECIAL
ADMINISTRATOR OF THE ESTATE OF MARTIN SANTIAGO
RUBIO, DECEASED, AND ON BEHALF OF THE WRONGFUL
DEATH BENEFICIARIES OF MARTIN SANTIAGO RUBIO;
AND SAMUEL CABRIALES MANZANARES                                PLAINTIFFS**

**V.                                   NO. 4:16-CV-000919 JM**

**ABC BUS, INC., VASQUEZ CITRUS AND
HAULING, INC., AND ROBERTO VASQUEZ                              DEFENDANTS**

## ORDER

The Court has been advised that the parties have reached a settlement in this matter. Accordingly, all claims and cross claims are hereby dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 17th day of January, 2019.

_____
James M. Moody Jr.
United States District Judge